# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSEPH D. ROCHE,<br><br>    Defendant. | Case No. 2:18-cr-00152-KJD-PAL<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, January 26, 2021 at 12:00 p.m., be vacated and continued to __March 2, 2021__ at the hour of _9_ : _00_ _a_.m.; or to a time and date convenient to the court.

DATED this 22nd day of January 2021.

_____
UNITED STATES DISTRICT JUDGE